

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-13-00903-CV

John Edward **SOTO** II, a.k.a, Jonathan Herrasti,
Appellant

v.

Penelope Jo **SOTO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00460
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's brief was originally due April 3, 2014. We granted appellant an extension until June 3, 2014, to file his brief. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before **July 1, 2014**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court